UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK,<br><br>                            Plaintiff,<br><br>v.<br><br>PANDAWHITE, INC.,<br><br>                            Defendant. | Case No.: 22-CV-1775 JLS (BGS)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br><br>(ECF No. 11) |

Presently before the Court is Defendant Pandawhite, Inc.'s Motion to Dismiss the Complaint ("Mot.," ECF No. 11), filed and served on January 10, 2023. On January 19, 2023, Plaintiff Collette Stark filed and served a First Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(1)(B). *See* ECF No. 12. Accordingly, in light of the foregoing and good cause appearing, the Court **DENIES AS MOOT** Defendant's Motion.

**IT IS SO ORDERED.**

Dated: January 23, 2023

                                                      Hon. Janis L. Sammartino
                                                      United States District Judge